UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                  2:05-cr-53-FtM-29DNF

IGNACIO CASTILLO PINO
_____

**ORDER**

     This matter comes before the Court on defendant's letter to the Probation Office containing an assertion that he qualifies for the "safety valve" provision of the United States Sentencing Guidelines. Defendant has submitted a two paragraph statement to the Probation Office which he asserts now complies with his obligations under the safety valve provisions of the Sentencing Guidelines. The Court doubts that a unilateral written statement can ever comply with defendant's obligation to "truthfully provide[ ] to the Government all information and evidence the defendant has concerning the offense or offenses that were part of the same course of conduct or of a common scheme or plan, . . ." U.S. Sentencing Guidelines, § 5C1.2(a)(5). Even if compliance may be possible with a unilateral statement, it is clear from the face of the statement provided by defendant in this case that he has not complied with his obligations under § 5C1.2(a)(5). Defendant has until the date of sentencing to comply with the safety valve

provisions.  The record as of today indicates that he has not done so.

Accordingly, it is now

**ORDERED**:

Defendant's claim that he is now entitled to safety valve credit is **OVERRULED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __25th__ day of January, 2006.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Counsel of Record